**FILED**
FEB - 3 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

US District Court
for the Washington DC
Circuit

Maurice Dews Pro'SE   Reg. No. 45176-007
  Petitioner            FCI Allenwood
                        P.O. Box 2000
      V.                White Deer, PA 17887

United States
   Respondent.

Case: 1:15-cv-00164
Assigned To : Chutkan, Tanya S.
Assign. Date : 2/3/2015
Description: Habeas Corpus/2254

## Motion/Petition for a Writ of Habeas Corpus
## 28 U.S.C. 2254

Validity of a state judgement of conviction + challenging conflict of Interset of counsel/ ineffectiveness of appellate counsel.

Now comes,

I Maurice Dews under fed no# 45176-007 wish to file a motion in the federal court, due to the exhausting all lower court remedies and 23-110 appeals. In lieu of the outcome, and denied 23-110 motion. I am filing this U.S District Court 28 USC. 2254, with new grounds, and facts that can assist me with a lesser Included offense), or either vacate the lower courts decision and sentence due to appellates counsel ineffectiveness. It is also acknowledge that the petitioner case should had been argued in mental health court of the DC superior Court division. This stems from the petitioner's mental health conditions that was brought up many times during his arrest and pretrial proceeding-which surely was not furtherly examined.

The lower court, and appellates counsel caused neglection and ignored a series of red flags that went up during the pretrial proceeding, and never examining his.

RECEIVED
Mail Room
JAN 20 2015
Angela D. Caesar, Clerk of Court
U.S District Court, District of Columbia

1.

1

Competency, which can be fully explain as to why (he) the petitioner did not fully understand what he was taking a plea bargain.

Attorney Margaret M. Cassidy follow into continuing the mislead endeavors surrounding Mr. Maurice Dews mental state of mind. This as the petitioner knew- became out of control and appalling for the lower court to take advantage of this case matter and accuse the petitioner with unlawful charges pertaining to this case. Petitioner hopes that the (higher court) U.S District Court will evaluate the reception of why (he) Maurice Dews was charged of these accounts, to the highest end - and was coerced to that a plea bargain under duress and mental incompetency, for Bipolar (borderline), and personality disorder - manic depression.

In this 28.U.S.C 2254 motion, the petitioner hopes to explain his concerns of misunderstanding - the misrepresentation of two attornies in his case, where counsels never had any strategy to combat there client. The pressure to clearly accuse there client by information has stressed the petitioner to where (she) attorney (1) Betty Ballester to coerce her client on visits to D.C Jail/DOC that he will be facing 80 years if he did not take the plea offered by the government. This was a consoled a scare tactic at the validity of her petitioners mental state. Under duress It has been misguided decisions that this accusee did not have a way out but to take a plea, that attorney (1) Ballester would not consider her client to get into a mental health court or to plea not guilty for reason of insanity, as the same tactics from appellate attorney.

2.

In this 28. U.S.C 2254 motion, the petitioner hopes to prove that an intrusive level of court was being operated in the lower court by prosecution office, and attorney Ballester that emprums the court judges direction to carry out this case as normal which was to petitioner adnormal. Due to attorney never wanted to assit her client by entering motion of suppression of evidence/insufficient of evidence to exclude arson charges, and aggravated assault while armed. - the higher must severe in the catagory of arson. Allowing a lesser included offense Revocated which appellate attorney would not help make it know in 23-110 motion. Also due to pretrial double jeopardy clauses that could've shown cause (that) the upgrade and taking into, changed information, and police report statements, has only prejudice the petitioner and charge him more wrongfully.

Decision or Action you are challenging  page 3/10

1. Maurice Dews
2. - 45716-007
3. -
   ☒ Fed authorites (being held)
4. ☒ serving a sentence
   A. Superior court for the district of columbia
      500 Indiana ave n.w. wash. D.C 20001
   b. - 2011- CF3 012693 / No 12- CF-597
   c. Date of sentence march 13, 2012.
   other - only on current charges of 5 counts of arson and aggravated assault w/armed. concurrent charges in maryland runs together.

3.

6). Decision or action you are challenging:

In lieu of attorney(1) Betty Ballestee; Attorney(2) Margaret Cassidy and courts deficient performances allegedly prejudiced the petitioner resulting in a unreliable or fundamentally unfair outcome in all proceedings - including post conviction w/o filing a follow up Rule 35 motion / 23-110 motion to have any Relief that could result to a lessor included offense or reduction of the petitioner conviction/sentence. Afterwards the petitioner wanted to get a new counsel but was not able and (he) the petitioner had institutional assistant to file pro se. That request for ineffectiveness of counsel caused pretrial attorney to have sheer hate and retaliation of client motions and letters to get her off the current case, post conviction sentencing judge Keary denied both DC 23-110 motion to vacate sentence and the DC 23-110 appeal on this case matter, based on misleading data of petitioner's mental health state of mind and charges brought within the episode of events. Attorney Margaret Cassidy intentionally negated (his) Maurice Dews appeal relief and denied petitioner a diminish of capacity case that could have resulted in Relief from sentening court/judge.

4.

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): The validity of a state judgement of conviction and sentence generally raised in a petition under 28 U.S.C. 2254 and challening conflic of Interest by appellate counsel / Ineffective of appellate counsel in Rule 2254 motion

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Betty Ballester, 4200 Wisconsin Ave N.W. 106-293 CSA, for DC. Superior Court.

   (b) Docket number, case number, or opinion number: 2011-CF3 012693.

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   _cont on paper_
   _Attachment_

   (d) Date of the decision or action: ____

## Your Earlier Challenges of the Decision or Action

7. First appeal

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: ____

   (2) Date of filing: ____
   (3) Docket number, case number, or opinion number: ____
   (4) Result: ____
   (5) Date of result: ____
   (6) Issues raised: ____

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes   ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes   ☒ No   I am filing under 28 USC 2254

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes   ☒ No

    If "Yes," provide:

    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes   ☒ No

    If "Yes," provide:

    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: Issues and challenges are being made under 28 U.S.C 2254 state judgement and conviction.

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because I was arrested and charged a felony in the state and arraigned in D.C. Superior Court, I was sentenced to 25 yrs incarceration, 5 yrs supervised released and then placed in B.O.P. custody. And to file on my state sentence judgement and conviction I must challenge it under 28 USC 2254 motion. which challenges are generally raised in a petition of this endeavor. Unless pro'se litigant has it constrain for adequate petition filing by this court

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☒ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: application motion to Ineffectiveness of counsel

(b) Name of the authority, agency, or court: DC Superior Court Judges Chambers

(c) Date of filing: April 30 2012

(d) Docket number, case number, or opinion number: 2011 cf3 12693

(e) Result: Denied

(f) Date of result: June 2014

(g) Issues raised: Ineffectiveness of Counsel.

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** SEE Attachment.

Ground one. Attorney B. Ballester, during pretrial waived my preliminary hearing in July, 2011, and declined to do a thorough job in cross examination with any proceeding that the government brought up in court. Counsels failure to conduct my pretrial discovery and failure to file timely suppression motion was prejudicial because it was unreasonable and below prevailing professional norms, and the Appellate attorney Margaret Cassidy would not research pretrial attorney's performances.

Supporting facts.

It is a fact that counsel Betty Ballester, performance fell below an objective standards of reasonableness, and that counsel's deficient performance in getting information, witnesses alibis, was a conflict of interest to the petitioner. Counsel Ballester failure to investigate witnesses and other eye witnesses who were at the scene of the crimes, was ineffective assistance, because alibi from some witness would've painted a different story of my arrests, and there accounts to find me not the person of interest. This was told to appellate attorney Margaret Cassidy, which she did nothing to research these allegations.

Ground two.

When petitioner tries to get counsels attention on evidence that was submitted and received at the scene; petitioner asked attorney B. Ballester to show him the discovery, attorney will get aggressive and stall showing any evidence that may help the petitioner. A couple of months later she was requesting me to take a plea agreement by the government requesting attorney B. Ballester never had a strategy for trial. It is a fact that she wanted me to plea to a greater offense of 3-5 counts of arson and 4 counts of aggravated assault counts- that was only government

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

SEE Attachment

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes     ☑ No

GROUND TWO: SEE Attachment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

SEE Attachment

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☑ No

GROUND THREE: SEE Attachment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

SEE Attachment

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☑ No

information not Indictment - counsel would not move to get this case aquitted, due to lack of evidence and alibi witnesses I Request her to interview. counsels failure to make proper trial and preparations in mental health court - was ineffective assistance Because Reasonable prepability outcome would've been different, and personal, by counsel of the clients criminal history - and letters motion she read in court about me trying to get her off the case due to foul play. In petitioner case. Appellate attorney knew of this type behavior coming from pretrial attorney as I stated to her. She ignored to comment about it and deprived me again to find out more.

Ground three

In lieu of court violation of Right to effective assistance of counsel. Because sentencing judge failed to investigate claims of possible conflict of interest on behalf of petitioner Attorney The fail/violation of Petitioner's constitution Rights came when court failed conduct fairness of proceeding hearing to determine whether to understand that attorney was effective or needed to be disqualified.

Supporting facts:

It is a fact that I gave in court notice that I was uncomfortable and being coerced by attorney b. ballestee/Attorney m. cassidy, that court judge should have seen pretrial double jeopardy clauses. As I Requested in pretrial court for another attorney. The court judge knew of these letter's and motions but done nothing to Review my Request for an effective counsel. The court judge looked over my Request in the status hearing and forced me to keep Attorney Betty Ballester. on the case ineffectively. This violates my consitutional Rights of effective of assistance because trial judge knew the conflict of interset but failed to conduct further inquiry; and later created somewhat of an intrusion.

**GROUND FOUR:** See Attachment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See Attachment.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: ____

**Request for Relief**

15. State exactly what you want the court to do: Your honorable court, I wish to Request to file this case in the U.S district court due to the exhausting of all Remedies that I had file in the DC superior court. My request for relief is that the previous charges be to set side, vacated or dismiss due to all grounds made in this motion; also to have an attorney to assist me in follow of this USC 28-2254. The petitioner also wish that an oral argument be made if new findings that was made in this habeas corpus needs to be decided on Based upon my mental health issues and my on going treatment while I am serving this sentence. I request all of the above due to my pro'se motion at this time.

Ground four:
There was an addiction period of my life to substances with prescription drugs that has my mental state, during these incidents that I used every day. I first addressed this with arresting officers and appointed attorney that I have mental health problems, and I do not understand the validity of the law, that (she) counsel was explaining to me in court, she continued to tell me to say yes I am in understanding of the court and I wasn't.

Supporting facts.
It was a fact that (she) Betty Ballester, thought I was guilty due to her demeanor towards me. When I asked for help to understand what I am being charged under, in D.C. and in Maryland Attorney B. Ballester - began to shun me, ignoring my request for certain witnesses, or to have suppression of evidence, and why she denied me the right to a preliminary hearing, most of all why wasn't I in mental health court or taken to St. Elizabeth for a 30-90 day evaluation? Counsel - Ineffectiveness of assistance deprived the petitioner of a substantive, or procedural right to which the law entitles the petitioner. If the performance was effective - then I would have had case dismissed, vacated. A new counsel or I would have not plead guilty to the greater offenses.

Ground 4. cont.
These next grounds are additional, in lieu of the most recent violation of rights made by retaliation from attorney b. ballester, and attorney margaret cassidy, and followed by lower court D.C. SC on a non-consent by petitioner to have Ineffective of counsel to file my post conviction motion - Rule 35, and DC 23-110 on petitioner behalf which shows irregularities and incosistances to have case 2011 cf3-012693 fairly due processed, and tried by jury.

6.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
Jan 14, 2015

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Jan 13 2015                              _Maurice Davis_
                                               Signature of Petitioner


                                               _____
                                               Signature of Attorney or other authorized person, if any